No. 64421.—Albert F. Maurer Co. v. United States, protest 58/20683 (Philadelphia).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of antimony metal, the claim of the plaintiff was sustained.